UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKBEAR MEDIA, LLC.,

    Plaintiff,

                                      Case No. 07-12370

v

                                      HON. PAUL D. BORMAN

HOMEDIRECT, INC.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S APPLICATION
## FOR WAIVER OF LOCAL OFFICE REQUIREMENT OF LR 83.20(f)

This matter has come before the court upon defendant's application to waive local counsel and being fully advised in the premises and having read the pleadings, the court hereby **DENIES** defendant's application.

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: September 6, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 6, 2007.

                                                      s/Denise Goodine
                                                      Case Manager