UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKBEAR MEDIA, INC.

 Plaintiff,           Case No.: 07-12370
                  Hon. Paul D. Borman

v.

HOMEDIRECT, INC.

 Defendant.

_____/

| | |
|---|---|
| Matthew E. Krichbaum (P52491) | Bryan Sugar |
| Jason R. Gourley (P69065) | SCHWATZ COOPER |
| SOBLE ROWE KRICHBAUM, LLP | Attorneys for Defendant |
| Attorneys for Plaintiff | 180 N. LaSalle St., Suite 2700 |
| 221 North Main Street, Suite 200 | Chicago, Illinois 60601 |
| Ann Arbor, Michigan 48104 | (312) 845-5428 |
| (734) 996-5600 | |

_____/

## PROPOSED ORDER OF DISMISSAL

This matter having come before the Court on the parties' Notice of Dismissal of All Claims With Prejudice, and the Court being fully advised;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to close this case.

                 s/Paul D. Borman        

                 PAUL D. BORMAN

                 UNITED STATES DISTRICT JUDGE

Dated: October 10, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 10, 2007.

                                                  s/Denise Goodine

                                                  Case Manager